UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Angel Manuel Roman Guadalupe, | ) | Case No. 6:22-bk-00169-GER |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |

## TRUSTEE'S REPORT AND NOTICE OF INTENTION TO SELL

TO:  Creditors, Debtor and Parties in Interest:

Lori Patton, the Trustee duly appointed and acting for the above-captioned estate, pursuant to 11 U.S.C. §363(b)(1) and Local Rule 7005, reports that he intends to hold a public sale on or after the 21st day from the date of mailing this Report and Notice to sell the following property of the estate under the terms and conditions stated:

---

### NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING

If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at United States Bankruptcy Court, 400 W. Washington St, Ste. 5100, Orlando, FL  32801 within twenty-one (21) days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing.  If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

---

   1.   Description of Property: 2012 Ducati Evo 848 Corse Motorcycle, VIN ZDM1XBMV9CB021377 hereinafter referred to as "Property."

   2.   Method of Sale:  The Property will be sold at On-Line ONLY, public, absolute auction. The Auctioneer will collect a 12% buyer's premium on vehicle and real estate sales and 15% on all personal property sales.

   3.   Date and Place of the Sale:  On-Line ONLY Auction Opens on Saturday, March 26, 2022 at 12:00 p.m. and begins closeout on Sunday, April 3, 2022 at 5:00 p.m. at www.ewaldauctions.com.  Any party who desires to inspect the Property can do so **by appointment only** on Friday, April 1, 2022 from 10:00 a.m. - 1:00 p.m. by visiting Ewald

Enterprises internet website at www.ewaldauctions.com or by contacting the auction company at 407-275-6853.

4. <u>Terms of the Sale</u>:  The Trustee makes no representations or warranties regarding the Property. Accordingly, the Property is being sold **"as is, where is with all faults and defects therein,"** and subject to all liens and encumbrances. Upon receipt of the funds from the auctioneer, the Trustee will not forward a check to the Debtor because the debtor has not claimed an allowable exemption in the property. Everything sells to the Highest Bidder, Regardless of Price unless indicated otherwise.  All sales are subject to US Bankruptcy Court approval.  Payment by cashier's check or wire transfer.  Immediately following the auction, successful bidders will be charged a non-refundable deposit of $500 on the credit card on file with ProxiBid.  Payment will be due in full on Monday, April 4, 2022.  Arranging and paying for pick up, shipping and handling is the buyer's responsibility.

5. The property is being sold subject to the following liens and encumbrances:

| Lienholder name & address | Amount of Lien |
|---|---|
| Performance Finance | $5,127.00 |
| 1515 W 22nd St, Oak Brook, IL 60523 | (approx. amount) |

**Trustee has noted all liens of which he has knowledge; however, the Trustee has not performed a judgment or lien search.  The property is being sold subject to any and all liens of record, as well as any and all easements, restrictions and reservations of record, and back taxes, if any, and current and subsequent taxes.  Buyer is responsible for checking marketability of title prior to date of sale.**

**NOTICE:**  For items subject to Florida Sales tax, if an exemption or waiver is sought, a Resale or Consumer Exemption Certificate will be required upon the sale.  The certificate must bear the name and address of the purchaser, the effective date and the number of the dealer's certificate of registration, and the dealer's signature.  If a resale certificate is not presented when required, sales tax will be collected.  The tax shall be added to the sales price and the amount of the tax shall be separately stated as Florida tax on any charge tickets, sales slips, invoices or other tangible evidence of sale, and shall be a debt from the purchaser or consumer to the Trustee.  If a titled vehicle is involved, buyer is responsible for paying sales tax to the Tag Agency.

Dated: March 2, 2022

/s/ Lori Patton, Trustee
Lori Patton
PO Box 520547
Longwood, FL 32752
Phone: (407) 937-0936

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above and foregoing Notice has been furnished by regular U.S. Mail, postage prepaid, or electronic file transfer to all parties on the mailing matrix, which is attached to the original of this document and filed with the Court on this March 2, 2022.

/s/ Lori Patton, Trustee
Lori Patton

Label Matrix for local noticing
113A-6
Case 6:22-bk-00169-GER
Middle District of Florida
Orlando
Wed Mar  2 15:50:01 EST 2022

Ally Bank, c/o AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Robert H Ewald
132372 Lake Underhill Rd. #312
Orlando, FL 32828

John H Meininger III
Meininger & Meininger, P.A.
Post Office Box 2706
Ocala, FL 34478-2706

John Henry Meininger III
Meininger & Meininger, P.A.
Post Office Box 1946
Orlando, FL 32802-1946

Grace E. Robson
Orlando
, FL

Angel Manuel Roman Guadalupe
420 W Oak Ridge Road
Apt # 212
Orlando, FL 32809-4034

Ally Financial
Attn: Bankruptcy
Po Box 380901
Bloomington, MN 55438-0901

AmeriHome Mortgage
1 Baxter Way
Suite 300
Thousand Oaks, CA 91362-3888

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Capital One/Walmart
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Choice Recovery
1105 Schrock Road
Suite 700
Columbus, OH 43229-1168

Citibank/The Home Depot
Citicorp Credit Srvs
Attn Bankruptcy
Po Box 790040
Saint Louis, MO 63179-0040

Comenity Bank/Victoria Secret
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054-3025

Enhanced Recovery Company
Attn: Bankruptcy
8014 Bayberry Road
Jacksonville, FL 32256-7412

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Ileana I Muniz Pou
1715 37th St
Orlando, FL 32839-8817

Ileana Ivette Muniz Pou
1715 37th St
Orlando, FL 32839-8817

Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Joyce Automotive
1034 E Main St
Lakeland, FL 33801-5131

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Lendclub Bnk
Attn: Bankruptcy
595 Market Street, Suite 200
San Francisco, CA 94105-2802

Logicoll, LLC
P O Box 1479
Lombard, IL 60148-8479

Midland Credit Management
350 Camino De La Reina
Suite 100
San Diego, CA 92108-3007

Midland Credit Management
PO Box 290335
Tampa, FL 33687-0335

Midland Fund
Attn: Bankruptcy
350 Camino De La Reine, Suite 100
San Diego, CA 92108-3007

O&L Law Group, PL
110 W Columbus Dr
Tampa, FL 33602-1404

Orange County Tax Collector
PO Box 545100
Orlando FL 32854-5100

Performance Finance
1515 W 22nd Street
Oak Brook, IL 60523-2007

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Resurgent Capital Services
Attn: Bankruptcy
Po Box 10497
Greenville, SC 29603-0497


Synchrony Bank / Walmart
P O Box 1020
Dept. 806
Horsham, PA 19044-8020

Unifin, Inc.
P O Box 4519
Skokie,IL 60076-4519

Velocity Invenstements LLC
2743 Hollywood Blvd
Hollywood, FL 33020-4821


Westlake Financial Services
Attn: Bankruptcy
Po Box 76809
Los Angeles, CA 90076-0809

United States Trustee - ORL7/13 +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Frederic J DiSpigna +
Marinosci Law Group, P.C.
100 West Cypress Creek Road
Suite 1045
Fort Lauderdale, FL 33309-2191


Walter F Benenati +
Walter F Benenati, Credit Attorney PA
2702 E Robinson Street
Orlando, FL 32803-5800

Lori Patton +
Law Office of Lori Patton, PA
PO Box 520547
Longwood, FL 32752-0547

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Bank of America
Attn: Bankruptcy
Po Box 982234
El Paso, TX 79998

Jefferson Capital Systems LLC
16 McLeland Road
Saint Cloud, MN 56303

Portfolio Recovery Associates, LLC
Attn: Bankruptcy
120 Corporate Boulevard
Norfolk, VA 23502


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)AmeriHome Mortgage Company, LLC

(d)John H Meininger III+
Meininger & Meininger, P.A
Post Office Box 2706
Ocala, FL 34478-2706

End of Label Matrix
Mailable recipients    41
Bypassed recipients     2
Total                  43